# Federal Defender Services
## Of Wisconsin, Inc.
Legal Counsel

| | |
|---|---|
| Craig W. Albee, Federal Defender | 22 East Mifflin Street |
| Krista A. Halla-Valdes, First Assistant | Suite 1000 |
| | Madison, Wisconsin 53703 |
| Joseph A. Bugni, Madison Supervisor | Telephone 608-260-9900 |
| John W. Campion | Facsimile 608-260-9901 |
| Shelley M. Fite | |
| Anderson M. Gansner | |
| Gabriela A. Leija | |
| Peter R. Moyers | |
| Ronnie V. Murray | |
| Tom E. Phillip | |
| Joshua D. Uller | |
| Kelly A. Welsh | |

April 21, 2020

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Patrick Staton*
              Case No. 19-cr-156-jdp

Dear Judge Crocker:

    I write to update the Court on this case. Many of our Madison office's clients recently had mail they'd sent to us returned to them by the U.S. Postal Service—or simply not arrive at all. It appears Mr. Staton was among those affected. Rather than wait for his letter and the signed plea agreement to turn up, today I have mailed another copy to him for his signature. When I receive a signed plea agreement in return, I will sign it myself immediately before passing it along to the government for execution and filing.

    The submissions deadline in the case is today. The defense makes no filings because Staton wishes to plead guilty under the terms of the plea agreement. From the defense perspective, Thursday's final pretrial conference isn't necessary.

                                                 Sincerely,

                                               */s/ Peter R. Moyers*

                                               Peter R. Moyers
                                               Associate Federal Defender

cc:    AUSA Taylor Kraus